## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**MARY WILLIAMS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                           **NO. 07-3702**

**SECURITY PLAN FIRE INSURANCE**                   **SECTION "K"(2)**
**COMPANY**

### ORDER

      The Plaintiffs have filed a Motion to Continue (Rec. Doc. 14).  The Court held a status conference in this matter on February 26, 2008 to discuss the pending motion.  The parties informed the Court that this case had been transferred from Hon. Eldon Fallon because it included issues regarding flood damage exclusion.  Therefore, the Court determines that a stay is appropriate pending the determination of the flood damage exclusion issue currently pending before the Louisiana Supreme Court.  Accordingly,

      **IT IS ORDERED** that the Plaintiff's Motion for a Continuance is **GRANTED.**  The above-captioned matter shall be **STAYED** pending the resolution of the *Sher* case before the Louisiana Supreme Court.

      New Orleans, Louisiana this ____26th____ day of February, 2008.

                                           _____
                                       **STANWOOD R. DUVAL, JR.**
                               **UNITED STATES DISTRICT JUDGE**